UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
In Re:
Di Marie Cameron,

                                                                      Chapter 13
                                                                      Case No. 14-11897

                        Debtor,
_____

**DEBTOR'S RESPONSE TO SMROF II 2011- 1's OBJECTION TO CONFRIMATION OF CHAPTER 13 PLAN**

Now comes the Debtor, by counsel, and hereby responds to SMROF II 2011-1's ("Bank") Objection to Confirmation of Chapter 13 Plan.

In support of this response, Debtor states:

1. The Debtor has been awaiting a response from bank for approximately 18 months on her application to modify the loan which is secured by a first mortgage on her residence.

2. Debtor believes the Plan is feasible and confirmable. In the event that a loan modification is not granted by the Bank or there is no agreement to the terms of a proposed loan modification by the Debtor, the Debtor may surrender the property in full satisfaction of the secured claim.

WHEREFORE, Debtor responds to Bank's Objection and requests that it be overruled accordingly and for all other relief deemed just and equitable.

                                                     Respectfully Submitted
                                                     Debtor's Counsel

                                                     /s/ John F. Sommerstein
                                                   John F. Sommerstein
                                                   98 N. Washington Street
                                                   Boston, MA 02114
                                                   (617) 523-7474

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
In Re:
Di Marie Cameron,

                                                                    Chapter 13
                                                                    Case No. 14-11897

                  Debtor,

_____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the attached Response was served upon the parties listed below or on the attached service listed via the Court's ECF system.

                                                                  /s/ John F. Sommerstein
                                                                  John F. Sommerstein


Carolyn Bankowski-13
13trustee@ch13boston.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Richard T. Mulligan on behalf of Creditor SRMOF II 2011-1 Trust
mabk@harmonlaw.com

Tatyana Tabachnik on behalf of Creditor SRMOF II 2011-1 Trust
mabk@harmonlaw.com