UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| IN RE: | CHAPTER 13 |
|---|---|
| | CASE NO. 14-11897-JNF |
| Di Marie Cameron. | |

ASSENTED TO MOTION TO CONTINUE HEARING ON
OBJECTION TO CONFIRMATION OF THE PLAN

Now comes SRMOF II 2011-1 Trust and moves that its Motion for Relief from Automatic Stay scheduled for August 6, 2015 at 1:00 p.m. be continued aproximately 60 days. In support of its motion, SRMOF II 2011-1 Trust states as follows:

1. The debtor was denied a loan modification but has recently submitted a new package for review, asking for reconsideration. The documents were sent to the servicer only last week and additional time is needed to review the new information to determine if the information is complete or if additional documents may be needed in order to complete the review.

2. If the loan is modified, the objection to plan can be withdrawn

2. Debtor's counsel assents to the allowance of this motion.

WHEREFORE, SRMOF II 2011-1 Trust respectfully requests that its Objection scheduled for August 6, 2015 at 1:00 p.m. be continued approximately 60 days.

        Respectfully submitted,
        SRMOF II 2011-1 Trust,
        By its Attorney

        /s/ Deirdre J. Keady
        Deirdre J. Keady, Esquire
        BBO# 359020
        Harmon Law Offices, P.C.
        P.O. Box 610389

In Re: Di Marie Cameron
Case No. 14-11897-JNF
CHAPTER 13

Newton, MA 02461-0345
(617) 558-0500
617-243-4049 (fax)
mabk@harmonlaw.com

Dated:  August    3 , 2015

In Re: Di Marie Cameron<br>
Case No. 14-11897-JNF<br>
CHAPTER 13

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| IN RE:<br><br>Di Marie Cameron | CHAPTER 13<br>CASE NO. 14-11897-JNF |
|---|---|

### CERTIFICATE OF SERVICE

I, Deirdre J Keady, Esquire, state that on August 3, 2015, I electronically filed the foregoing document on behalf of SRMOF II 2011-1 Trust with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
John F. Sommerstein, Esquire for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Deirdre J. Keady<br>
Deirdre J Keady, Esquire<br>
BBO# 359020

Di Marie Cameron
286 Forest Avenue
Brockton, MA 02301-5054

DJK//201405-0177/Cameron, Di